**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LS HALE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LITITZ MUTUAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-02596-JAR-ADM<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

COMES NOW Joshua S. Davis of the law firm Brown & James, P.C., and hereby enters his appearance on behalf of Defendant Lititz Mutual Insurance Company, in the above-referenced matter.

Respectfully submitted,

**BROWN & JAMES, P.C.**

By:______________________________
Joshua S. Davis, #28787
800 Market Street, Suite 1100
St. Louis, Missouri 63101
Phone: (314) 421-3400
Fax: (314) 421-3128
jdavis@bjpc.com
***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November 2026, the foregoing was filed electronically with the Clerk of Court using the Kansas e-filing system to be served by operation of the Court's electronic filing service on the following:

Ms. Julie A Anderson
Mr. Michael J. Wambolt
ANDERSON & ASSOCIATES
1901 W. 47th Place, Suite 300
Westwood, KS 66205
julie@mokslaw.com
***Attorneys for Plaintiff***

Mr. Max Birmingham
Attorney at Law
2870 Pharr Court Road South NW
Apt. 304
Atlanta, GA 30305
maxbirmingham@gmail.com
***Attorneys for Plaintiff***